UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

HELEN SWARTZ,

                                           **Plaintiff,**

                  -against-

BERIT REALTY, LLC and 308 WEST 58 LLC,

                                      **Defendants.**

------------------------------------------------------------------X

**23-CV-08358 (PAE)(SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 5/20/2024

**SARAH NETBURN, United States Magistrate Judge:**

      Pursuant to my Individual Rules of Practice, parties must meet and confer in good faith to resolve discovery disputes before bringing them to the attention to the Court. If the meet-and-confer process does not resolve the dispute, the party wishing to raise the dispute may then submit an ECF letter-motion to the Court, no longer than five pages.

      The Court received the Plaintiff's "Motion to Compel Better Answers to Discovery Requests." ECF No. 24. The Defendants are directed to file any responsive letter by Wednesday, May 22, 2024.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      May 20, 2024
              New York, New York