UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

HELEN SWARTZ,

                           Plaintiff,                      23-CV-08358 (PAE)(SN)

        -against-                                      **ORDER**

BERIT REALTY, LLC and 308 WEST 58 LLC,

                         Defendant.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The parties are ORDERED to appear for a conference on June 10, 2024, at 10:00 a.m. to discuss any discovery disputes. At that time, the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

SO ORDERED.

                                                            SARAH NETBURN
                                                           United States Magistrate Judge

DATED:     June 4, 2024
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/2024