UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HELEN SWARTZ,

                          Plaintiff,                       23-CV-08358 (PAE)(SN)

      -against-                                           **ORDER**

BERIT REALTY, LLC and 308 WEST 58 LLC,

                        Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On August 29, 2024, Judge Engelmayer granted the plaintiff's motion to reopen the case and issued an amended referral order for settlement. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. As soon as practicable, the parties are directed to contact Courtroom Deputy Diljah Shaw with both parties on the e-mail, at diljah_shaw@nysd.uscourts.gov, to schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

                                                            SARAH NETBURN
                                                             United States Magistrate Judge

DATED:     September 3, 2024
                 New York, New York